UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LESTER PEARSON                                           CIVIL ACTION

VERSUS                                                   NO. 06-3845

SHERIFF RODNEY STRAIN, ET AL.                            SECTION "J" (2)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and plaintiff's objections to the Magistrate Judge's Report and Recommendation (Docs. 88, 89, and 90), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter with the following exception.

The Court does not adopt the analysis concerning whether the alleged conditions of plaintiff's confinement were "sufficiently serious" to qualify as constitutional violations actionable under Section 1983. (Rep. & Rec., Doc. 85 at 13-20.) The Court relies instead on the failure to allege a physical injury. Plaintiff alleges only mental or emotional injury related to the conditions of his confinement. Therefore his petition must be denied pursuant to 42 U.S.C. § 1997e(e) with respect to these claims. There is no need to reach the seriousness of the conditions as a

separate ground for dismissal and the Court specifically declines to do so. *See Alexander v. Tippah County*, 351 F.3d 626, 630 (5th Cir. 2003) (assuming sufficient seriousness and deciding on lack of physical injury alone).

**IT IS ORDERED** that plaintiff's complaint for relief under Section 1983 is **DISMISSED WITH PREJUDICE**;

**IT IS FURTHER ORDERED** that any habeas corpus claims implied within the complaint are **DISMISSED WITHOUT PREJUDICE** to be filed after exhaustion of state court remedies;

**IT IS FURTHER ORDERED** that all motions still pending in this case are **DENIED** as moot.

New Orleans, Louisiana, this __8th__ day of December, 2006.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE